## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LORI BUFFINGTON, JANICE KLEIN, TINA MUD, MARY MICHELSON, TERESA MCCOLLUM, AND WANDA PHAIRR,** | **Case No. 1:25-cv-12131** |
| **Plaintiffs,** | |
| **v.** | |
| **HOLOGIC, INC.,** | |
| **Defendant.** | |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, C. Elizabeth Littell of Jink Crow, PC pursuant to Judge Burroughs' Case Management Order, ECF # 101, issued in *Evers v. Hologic, Inc.*, Case No. 1:22-cv-11895 and enters her appearance as additional counsel for the Plaintiffs Lori Buffington, Janice Klein, Tina Mudd, Mary McCollum, and Wanda Phairr.

Respectfully submitted,

**JINKS CROW, PC**

*/s/ C. Elizabeth Littell*
C. Elizabeth Littell (admitted *pro hac vice*)

**OF COUNSEL:**
Christina D. Crow (admitted *pro hac vice*)
C. Elizabeth Littell Courson (admitted *pro hac vice*)
**Jinks Crow, P.C**
Post Office Box 350
219 Prairie Street North
Telephone: 334-738-4225

Fax:334-738-4229
Union Springs, Alabama 36089

C. Moze Cowper *(admitted pro hac vice)*
**Cowper Law, P.C.**
12301 Wilshire Blvd. Ste. 303
Los Angeles, CA 90025
Telephone: 877-529-3707
Fax: 877-284-0980
mcowper@cowperlaw.com

John Roddy, (BBO# 424240)
**Bailey & Glasser, LLP**
101 Arch Street, 8th Floor
Boston, MA 02110
Telephone: 617.439.6730
Fax: 617-951-3954
jroddy@baileyglasser.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of August 2025, I have served a copy of the foregoing upon the following parties via electronic mail as follows:

Jocelyn A. Wiesner
Daniel S. Pariser
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Ave., NW
Washington, D.C. 20001
jocelyn.wiesner@arnoldporter.com
daniel.pariser@arnoldporter.com
Telephone: (202) 942.5000
Fax: (202) 942-5810

Daniel P. Tighe (BBO# 556583)
Pietro A. Conte (BBO# 707055)
**Donnely, Conroy & Gelhaar, LLP**
260 Franklin Avenue, Suite 1600
Boston, Massachusetts 02110
Telephone (617) 720-2880
dpt@dcglaw.com
pac@dcglaw.com

*/s/ C. Elizabeth Littell*
Of counsel